**Order filed November 25, 2014**



In The

# 𝕱ourteenth 𝕮ourt of 𝕬ppeals

_____

## NO. 14-14-00173-CV
_____

**MICHAEL SLEEMAN, Appellant**

**V.**

**ESTHER LAVERNE CHUDLEIGH, Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-29742**

---

## O R D E R

Appellant's brief was due November 10, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 30, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM